**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALLA ISHKIRAT, TAWIK SALMAN,
LARRY MONEYHAM and LIONNIEL
NELSON,,

Defendants.

Case No.  25 CR 562-1, 2, 3 and 4
Judge Robert W. Gettleman

**<u>ORDER</u>**

Government's unopposed motion to dismiss indictment with prejudice against defendants

Alla Ishkirat, Tawfik Salman, a/k/a "Mike," Larry Moneyham, and Lonniel Nelson, Jr., a/k/a

"Rudy" [65] is granted.  Pursuant to Federal Rule of Criminal Procedure 48(a), all counts of the

indictment against all defendants are dismissed with prejudice.  Telephonic hearing set for

7/14/2026 [57], Defendant Alla Ishkirat's Motion to dismiss the indictment [60], and briefing

schedule set on 6/18/2026 [62] are stricken as moot.

Date:  6/22/2026

_____
United States District Judge
Robert W. Gettleman